No. 11-5706. James Cummings Stewart, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7342.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5708. Donald Messina, Petitioner v. Michael S. Marshall, et al.

565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7449, 

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5714. Henry James Koehler, IV, Petitioner v. Disciplinary Counsel of Ohio.

565 U.S. 949, 132 S. Ct. 411, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7450.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 128 Ohio St. 3d 1222, 947 N.E.2d 172.

No. 11-5715. Malinda Wilson, Petitioner v. Victoria Whitmore.

565 U.S. 949, 132 S. Ct. 411, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7278.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

No. 11-5717. Tsegaye Tefera, Petitioner v. Minnesota Commissioner of Human Services, et al.

565 U.S. 949, 132 S. Ct. 411, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7340.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

No. 11-5726. James Edward Lee, Petitioner v. Spooner Petroleum Company, et al.

565 U.S. 949, 132 S. Ct. 412, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7294.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5728. Richard Daron Kennedy, Petitioner v. Leon Forniss, Warden.

565 U.S. 949, 132 S. Ct. 412, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7408.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.